**Exhibit 1**



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
*TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA*
**OFFICE OF THE JUDGE-IN-CHAMBERS**
*OFICINA DEL JUEZ DE TURNO*

Thomas Leroy Brown
_____
**Plaintiff / *Demandante***

vs.                                Case No. / *No. de caso*  14 CA 740

Office of United States Attorney General
_____
**Defendant / *Demandado***

### NOTICE OF HEARING / *AVISO DE AUDIENCIA*

You are hereby notified that Plaintiff has filed a/an/ *Por el presente, se le notifica que el/la Demandante ha presentado un/a*:

☐ Application for a Temporary Restraining Order (T.R.O.) / *Solicitud para una Orden de Restricción Temporal (T.R.O por sus siglas en inglés)*

☐ Motion for a Preliminary Injunction / *Petición para un Mandato Judicial Preliminar*

☒ Other / *Otro*: Show Cause

The following Hearing has been scheduled for/has been continued to / *Se ha programado/aplazado la siguiente audiencia para*:

☒ 2-24-2014 at / *a la(s)* 1030 (a.m./p.m. a / *para*
  (date / *fecha*)         (time / *hora*)

☐ Hearing on the Application for Temporary Restraining Order / *una audiencia sobre la solicitud para una Orden de Restricción Temporal*

☐ Status Hearing on the Motion for Preliminary Injunction / *una audiencia sobre la petición para un Mandato Judicial Preliminar*

☒ Other / *Otro*: Show Cause

will be heard by / *se ventilará ante*:

☒ Judge-in-Chambers / *el juez de turno*

☐ the calendar Judge / *el juez asignado*, Judge / *Juez* _____, calendar / *calendario* _____

at the following location / *en el siguiente lugar*:

☒ Judge-in-Chambers Room 4220 (4th Floor)/ *Juez de turno, Oficina 4220 (4to Piso)* – 500 Indiana Ave. NW

☐ 500 Indiana Ave. NW, Courtroom / *Sala* _____

☐ Building / *Edificio* A: 515 5th St. NW, Courtroom / *Sala*_____

☐ Building / *Edificio* B: 510 4th St. NW, Courtroom / *Sala*_____

**If you wish to be heard, your presence is required / *Si desea hablar ante el juez, se requerirá su presencia*.**

WHITE – DEFENDANT                CANARY – PLAINTFF                PINK – COURT FILE

REVISED FORM SO-2064/AUG 2012 / TRANSLATED BY OCIS AUG 2012

# Superior Court of the District of Columbia
## CIVIL DIVISION

x Thomas Leroy Brown
x Adams Place Shelter
2210 Adams Place, N.E
Washington, D.C 20018        Plaintiff

vs.

① x Court Services And Defendant
x Offender Supervision
Agency for the District
of Columbia 300 Indiana Ave NW
WDC, 20001

FILED
CIVIL ACTIONS BRANCH
FEB 07 2014
Superior Court
District of Colombia No
Washington, DC.

14-0000740

② 
③

**Petition**

**MOTION - (Pro-Se)**

MOTION OF: _____ for _____

(State briefly what you want the Court to do) x Decide the legality of the CSOSA, to determine if my Due Process rights under the fourteen (14) Amendment Are being violated by there Actions to place me on A Sexual Registration.

Printed name: x Thomas Leroy Brown

Signature: x Thomas L. Brown

Address: x Adams Place Shelter
2210 Adams Place, N.E

Home phone no. 202-423-3530

Business phone no.

## CERTIFICATE OF SERVICE

On x February 7th _____, 20 14, I mailed this motion to all the lawyers in the case, the plaintiff(s) and the defendant(s) who do not have lawyers, as listed below:

| Name: x D. Kelly | Name: E. Jones |
|---|---|
| Address: x CSOSA | Address: CSOSA |
| 300 Indiana Ave. N.W | 300 Indiana Ave. N.W |
| Washington, D.C 20001 | Washington, DC 20001 |
| | Thomas L. Brown |
| | Signature |

## POINTS AND AUTHORITIES

(Write the reasons why the Court should grant your motion and include Court rules, laws and cases, if any, that support your reasons.)

Issues Attached

Case: 2014 CA 000740 2

Thomas L. Brown
Signature

Form CV-393 / Dec. 00

Dear Honorable Chief Judge,

I Thomas Leroy Brown, is a layman of the Law, and I am respectfully request that this Honorable Court would accept this missive as a Motion for Judicial Review of the violative Decision of the Sexual Registration Unit under CSOSA, in violation of my Constitutional Rights under the fourteen (14) Amendment to place me on a ten (10) years supervision (obligation) list, when I do not follow under Federal Statute because I enter a plea agreement in the State of Maryland in 1982, which would violate my plea agreement under Maryland Procedures (Declaration). I am respectfully seeking legal representation, because I am indigent and can not pay for legal representation, nor Court filing fee's.

l of 2

Last, I am respectfully requesting that this Honorable Court would allow me to Amend my Motion when I recieve legal representation.

Respectfully,
Thomas L. Brown
Thomas L. Brown
Adams Place Shelter
2210 Adams Place, N.E
Washington, D.C 20018

## Certificate of Service

I Thomas Leroy Brown, on this 7th day of February, 2014, A copy was given to Mr. D. Kelly, And Mr. E. Jones, of CSOSA.

Thomas L. Brown

I swear under the penalty of perjury, that I have no financial means to pay for legal representation, nor Court filing fee's.

Thomas L. Brown

2 of 2

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION
### Washington, D.C. 20001

Thomas Leroy Brown

*Plaintiff*

14 - 0 0 0 0 7 4 0

vs.

Civil Action No. _____

Court Services and Offender Supervision Agency for DC et al

*Defendant*

## ORDER

Upon consideration of the ~~motion~~ Petition _____

filed by _____

and after hearing argument on behalf of all parties concerned, it is, by the Court, this _____

day of _____, 20 _____,

ORDERED:

(1) That the motion be, and it is hereby,   ☐ GRANTED   ☐ DENIED

(2) That _____

_____

_____

_____

_____

_____

Copies to:

_____
JUDGE

Form CV-545/Apr. 03

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION
Washington, D.C. 20001

Thomas Leroy Brown
_____
                          *Plaintiff*

                vs.                          Civil Action No. _____

Court Services and Offender Supervision
Agency for DC et al
_____ *Defendant*

### ORDER

Upon consideration of the ~~motion~~ Petition _____

filed by _____

and after hearing argument on behalf of all parties concerned, it is, by the Court, this _____

day of _____, 20 _____,

ORDERED:

(1) That the motion be, and it is hereby,      ☐ GRANTED      ☐ DENIED

(2) That _____

_____

_____

_____

_____

_____

Copies to:

                                        _____
                                                      JUDGE

Form CV-545/Apr. 03